## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| **EVAN PETROS, Individually,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 1:14-cv-145** |
| | § | |
| **J.C. PENNEY CORPORATION, INC** | § | |
| **A Foreign Company** | § | |
| | § | |
| **Defendant** | | |

PETE M. MONISMITH
PETE M. MONISMITH, PC
3945 Forbes Avenue,
Suite #175
Pittsburgh, Pennsylvania  15213
Telephone:  (724) 610-1881
Facsimile (412) 258-1309
Pete@monismithlaw.com
***Attorneys for Plaintiff***

Christina K. McDonald (P73517)
Dickinson Wright PLLC
200 Ottawa Avenue N.W., Suite 1000
Grand Rapids, MI 49503-2427
(616) 336-1039
cmcdonald@dickinsonwright.com

***Attorney for Defendant***

### STIPULATED ORDER OF DISMISSAL

At a session of said Court, held in the U.S. District Court for the
Western District of Michigan,

On:  June 2, 2014

PRESENT: Ellen S. Carmody, U.S. Magistrate Judge

The parties having stipulated to the entry of an Order dismissing, with prejudice, this

action, and the Court being fully advised in the premises;

IT IS HEREBY ORDERED that the above-entitled case BE, and hereby IS, DISMISSED

WITH PREJUDICE, and without costs or attorney fees to any party.

THIS IS A FINAL ORDER AND CLOSES THE CASE.


/s/ Ellen S. Carmody
ELLEN S. CARMODY
U.S. Magistrate Judge

The parties, through their counsel, hereby stipulate to the entry of the above Stipulated Order to Dismiss the Complaint.


/s/ Pete M. Monismith
PETE M. MONISMITH
PETE M. MONISMITH, PC
3945 Forbes Avenue,
Suite #175
Pittsburgh, Pennsylvania  15213
Telephone:  (724) 610-1881
Facsimile (412) 258-1309
Pete@monismithlaw.com
*Attorneys for Plaintiff*

Dated: May 29, 2014

/s/ Christina K. McDonald
Christina K. McDonald (P73517)
Dickinson Wright PLLC
200 Ottawa Avenue N.W., Suite 1000
Grand Rapids, MI 49503-2427
(616) 336-1039
cmcdonald@dickinsonwright.com

*Attorneys for Defendant*

Dated: May 29, 2014